No. —, original. Ex parte Tinkoff. November 18, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Paysoff Tinkoff, pro se.*

No. —, original. Georgia *v.* Morgenthau et al. November 18, 1935. The motion for leave to file the bill of complaint is granted and process is ordered to issue returnable on Monday, January 20, 1936. *Mr. M. J. Yeomans,* Attorney General of Georgia, *Mr. B. D. Murphy,* Assistant Attorney General, and *Mr. Barry Wright* for plaintiff, in support of the motion.

No. 13, original. Nebraska *v.* Wyoming. November 18, 1935. The motion of Platte Valley Public Power & Irrigation District for leave to intervene is denied. *Messrs. Arthur F. Mullen* and *George F. Shea* in support of the motion.